Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of LUDWIK LESKA, Respondent, for Compensation under the Workmen's Compensation Law, v. ROMAN KOSMIDER, Employer, Appellant.— Award unanimously affirmed.